Argued and submitted July 28, reversed and
remanded for resentencing October 20, 1980

STATE OF OREGON,
*Respondent,*
*v.*
EDWARD L. SCOTT,
*Appellant.*

(No. J77-2655, CA 14753)

617 P2d 973

Argued and submitted July 28, 1980.

Richard A. Cremer, Assistant Public Defender,
Roseburg, argued the cause and filed the brief for
appellant.

Karen H. Green, Assistant Attorney General,
Salem, argued the cause for respondent. With her on
the brief were James A. Redden, Attorney General,
and Walter L. Barrie, Solicitor General, Salem.

Before Richardson, Presiding Judge, and Thornton
and Buttler, Judges.

PER CURIAM.

**PER CURIAM.**

Defendant and his wife were indicted in sepa-
rate indictments charging the crimes of unlawfully
obtaining public assistance and theft in the first de-
gree. Both indictments contained identical allegations.
Defendant was convicted of both charges but chal-
lenges only the conviction for theft in the first degree.
For the reasons stated in the opinion respecting his
wife's appeal, *State v. Scott,* 48 Or App 623, 617 P2d
681 (1980), defendant's conviction for theft is reversed.

Reversed and remanded for resentencing.